UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH TAITT,

    Plaintiff,                                   Civil Action No.
                                            09CV-12576

vs.

                                            HON. BERNARD A. FRIEDMAN

SECRETARY,
DEPARTMENT OF TREASURY,

    Defendant.
_____/

**<u>ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION</u>**

On August 17, 2009, Magistrate Judge Hluchaniuk issued a Report and Recommendation, in which he recommends that the court deny plaintiff's motion for injunctive relief. Neither party has objected to this recommendation. The court has reviewed the matter and believes that magistrate judge correctly analyzed all of the issues. Accordingly,

IT IS ORDERED that Magistrate Judge Hluchaniuk's Report and Recommendation is accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that plaintiff's motion for injunctive relief [docket entry 2] is denied.

                                                               S/Bernard A. Friedman_____
Dated: September 9, 2009                  BERNARD A. FRIEDMAN
   Detroit, Michigan                    SENIOR UNITED STATES DISTRICT JUDGE